IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HAROLD B. WILSON,

        Plaintiff,

vs.

DIANE SABATKA-RINE, et al.,

        Defendants.

4:11CV3215

ORDER

      This matter is before the court on three documents filed on October 16, 2013, by the plaintiff, himself: Plaintiff's Request for First Set of Interrogatories to Defendants (Filing No. 69), Motion for Sanctions and Motion to [Compel] Answers to Interrogatories (Filing No. 70), and Motions for Sanctions for Failure to Answer Interrogatories Served on Defendants per Rule 33 (Filing No. 71). The plaintiff initiated this lawsuit on November 25, 2011, without the assistance of counsel. **See** Filing No. 1. The plaintiff proceeded pro se until October 2, 2013, when the court appointed counsel to represent him. **See** Filing No. 64. Counsel entered an appearance and conferred with the court on the plaintiff's behalf. **See** Filing No. 65-67.

      The plaintiff and his counsel are reminded,

> Once an attorney is appointed or retained, all further documents and other communications with the court must be submitted through the attorney, unless the court permits otherwise. Any further pro se documents or other communications submitted to the court may be (1) returned unfiled to the sending party or (2) forwarded to the sending party's attorney.

NEGenR 1.3(i). Rather than resolve or address the substance of the plaintiff's October 16, 2013, filings, the court will strike them from the record. The plaintiff's counsel will review the filings with the plaintiff prior to determining whether they should be refiled by counsel. Accordingly,

**IT IS ORDERED**:

The Clerk of Court shall strike the plaintiff's October 16, 2013, filings from the record. The documents need not be mailed to the plaintiff's counsel as she received them when they were electronically filed.

Dated this 16th day of October, 2013.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge