IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAROLD B. WILSON,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**DIANE SABATKA-RINE, et al.,**<br><br>　　　　　Defendants. | 4:11CV3215<br><br>ORDER |

　　　　This matter is before the court on the parties' Joint Motion for Change of Venue of Trial (Filing No. 73). The parties filed an index of evidence (Filing No. 74) in support of their motion. On October 8, 2013, the court entered a progression order scheduling the matter for trial on July 21, 2014, in Omaha, Nebraska, pursuant to NEGenR 1.4(a)(5)(D). **See** Filing No. 67. The parties now seek to designate Lincoln, Nebraska, as the location of trial and provide evidence such location will be more convenient and less costly for the parties, lawyers, and a majority of witnesses. **See** Filing No. 73. Under the circumstances, the court finds trial of this matter should be held in Lincoln, Nebraska. The pretrial conference shall remain scheduled for Omaha, Nebraska. Upon consideration,

　　　　**IT IS ORDERED**:

　　　　1.　　The parties' Joint Motion for Change of Venue of Trial (Filing No. 73) is granted.

　　　　2.　　The October 8, 2013, Order Setting Final Schedule for Progression of Case is hereby modified to reflect the trial is rescheduled to commence, at the court's call, during the week of July 21, 2014, in Lincoln, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

　　　　Dated this 21st day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge