# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAROLD WILSON,** | |
| Plaintiff, | **4:11CV3215** |
| vs. | |
| **DIANE SABATKA-RINE, et al.,** | **ORDER** |
| Defendants. | |

This matter is before the court on the parties' Amended Stipulation (Filing No. 79). Pursuant to the stipulation and for good cause shown, it is hereby ordered that the file of the State of Nebraska Department of Correctional Services (DCS) concerning Harold Wilson, #37418, and maintained pursuant to Neb. Rev. Stat. § 83-178, be made available for inspection by Marnie Jensen, Attorney at Law, under the following conditions:

1. That the inspection of the file in question be conducted by counsel or counsel's representative at the DCS institution which currently maintains said file.

2. That any copies of material from said file desired by counsel be identified by counsel to institutional personnel whose responsibility it shall be to create and deliver to counsel the requested copies within a reasonable time following the request. This order does not encompass any pre-sentence reports which may be in the inmate file and requests for copies of such documents must be obtained separately by court order from the court which requested the report to be made.

3. That counsel shall not make available to any person committed to DCS the content of the file here in question without further order of this court.

4. The entry into the Amended Stipulation by the parties does not relieve the parties from complying with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 9th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge