## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAROLD B. WILSON,** | |
| **Plaintiff,** | **4:11CV3215** |
| **vs.** | |
| **DIANE SABATKA-RINE, et al.,** | **ORDER** |
| **Defendants.** | |

Upon notice of settlement given to the Honorable Joseph F. Bataillon on July 10, 2014,

**IT IS ORDERED that**:

1.      On or before **August 11, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The previously scheduled trial is cancelled upon the representation that this case is settled.

Dated this 10th day of July, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge