IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAROLD B. WILSON | ) | Case No.: 4:11CV3215 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| DIANE SABATKA-RINE, Warden | ) | |
| of the Nebraska State Penitentiary, | ) | |
| MARIO PEART, Warden of the Lincoln | ) | |
| Correctional Center, MIKE EDISON, Unit | ) | |
| Manager of the Nebraska State Penitentiary, | ) | |
| all in their individual and official capacities. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulated Motion to Dismiss. (Filing No. 135.) The parties have stipulated and agreed that this matter "should be dismissed with prejudice in accordance with a written settlement agreement dated August 21, 2014." (*Id.*) The Court accepts the Stipulated Motion to Dismiss.

IT IS THEREFORE ORDERED that:

1. The parties' Stipulated Motion to Dismiss (filing no. 135) is granted. In accordance with that Motion, this matter is dismissed with prejudice; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 4th day of September, 2014.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge